IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) |
| vs. | ) No. 08-20168-04-KHV |
| JOHN R. TOTH, | ) |
| Defendant. | ) |

**FINAL ORDER OF FORFEITURE
AND IMPOSITION OF FORFEITURE JUDGMENT**

WHEREAS, on October 25, 2010, the defendant John R. Toth entered into a Plea Agreement with the United States in which the defendant agreed that $25,100.00 in proceeds was obtained from the offense alleged in Count One of the Superseding Information for which the defendant has pled guilty;

WHEREAS, the United States has filed a Motion for Entry of Final Order of Forfeiture which seeks the imposition of a personal forfeiture money judgment against the defendant in the amount of $25,100.00; and,

WHEREAS, Rule 32.2(c)(1) provides that no ancillary proceeding is required to the extent that the forfeiture consists of a money judgment;

IT IS THEREFORE ORDERED, ADJUDGED AND DECREED that pursuant to Title 18, United States Code, Section 981(a)(1)(C) 28 U.S.C. § 2461 and Fed.R.Crim.Pro. 32.2 a personal forfeiture money judgment is hereby imposed against the defendant in the amount of $25,100.00 jointly and severally with the co-defendants who are convicted on Count 1 with a forfeiture judgment imposed against them.

IT IS FURTHER ORDERED that the United States District Court shall retain jurisdiction in the case for the purpose of enforcing this Order.

IT IS FURTHER ORDERED that pursuant to Rule 32.2(b)(4), this Order of Forfeiture shall become final as to the defendant at the time of sentencing and shall be made part of the sentence and included in the judgment; and

IT IS FURTHER ORDERED that the United States may at any time move pursuant to Rule 32.2(e) to amend this Order of Forfeiture to substitute property having a value not to exceed $25,100.00 so as to satisfy the money judgment in whole or in part.

SO ORDERED this 8th day of February, 2011.

s/ Kathryn H. Vratil
HONORABLE KAREN H. VRATIL
UNITED STATES DISTRICT JUDGE